UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANJAYA DICKWELLE GEDARA,<br><br>                    Plaintiff,<br><br>-against-<br><br>MERRICK GARLAND, Attorney General of The United States, ALEJANDRO MAYORKAS, Secretary, Department of Homeland Security and ANDREA QUARANTILLO, District Director, U.S. Citizenship and Immigration Services, New York District Office,<br><br>                    Defendants. | 23-CV-8084 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      IT IS HEREBY ORDERED that, within sixty (60) days of service of the summons and complaint, the parties must meet and confer in a good-faith attempt to settle this action. If the parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the Court either: (1) requesting additional time to confer to reach a resolution; or (2) request that the Court proceed with an initial pretrial conference. This letter shall be filed within seventy (70) days of service of the summons and complaint.

Dated: September 18, 2023
       New York, New York

                                                  SO ORDERED.

                                                  *Jessica Clarke*

                                                  JESSICA G. L. CLARKE
                                                  United States District Judge